UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wen-Hwa Shieh,

                               **Plaintiff,**

      -against-

New York City Housing Authority,

                               **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/2020

**1:19-CV-5306 (JMF) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Plaintiff's July 16, 2020 letter titled "Motion to Dismiss." (ECF No. 23.) In light of the circumstances of this action, including the language barriers identified by Plaintiff, the Court finds that it is in the interests of justice for the Court to confirm that Plaintiff is knowingly and voluntarily seeking to dismiss his case, and that it is not a product of a misunderstanding. As Plaintiff has indicated that telephone conferences are more difficult for him, the Court, in its discretion will not schedule a conference until it is safe to do so in person. In the interim, it is hereby Ordered that the deadline for Defendant to file its anticipated motion to dismiss, or otherwise respond to the Second Amended Complaint, is adjourned *sine die*. However, the parties are strongly encouraged to continue to discuss a consensual resolution of this action.

It is further Ordered that Defendants file a status letter on August 17, 2020, advising the Court of the status of any further developments relevant to this action and, if the Court has re-opened to the public, providing proposed dates for an in-person status conference.

A copy of this Order will be mailed to the *pro se* Plaintiff by Chambers.  In addition, at Plaintiff's request, a copy of each of his pleadings (*see* ECF Nos. 2, 6 & 10) will be mailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:	New York, New York
	July 17, 2020

_____
STEWART D. AARON
United States Magistrate Judge