```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wen-Hwa Shieh,

                        **Plaintiff,**

    -against-

New York City Housing Authority,

                        **Defendant.**

1:19-CV-5306 (JMF) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    WHEREAS, the Court scheduled an in-person status conference for November 10, 2020 at 2:00 p.m.; and

    WHEREAS, at the scheduled time, Defendant and an interpreter appeared in Courtroom 11C, but Plaintiff did not appear; and

    WHEREAS, after the Court adjourned the conference, the Court was notified that Plaintiff had arrived at the Courthouse, but was directed to the wrong location.

    Now, therefore, IT IS HEREBY ORDERED THAT the parties shall appear via Telephone for a conference in the above-captioned matter on Tuesday, December 1, 2020, at 11:00 a.m. EST. As with previous conferences, Defendant shall provide an interpreter for the *pro se* Plaintiff. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED: New York, New York
November 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge